UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GRIFFIN CAPITAL COMPANY, LLC, | : | Civil Action No. 3:19-cv-00931-BRM-TJB |
| Plaintiff, | : | |
| v. | : | |
| ESSENTIAL PROPERTIES REALTY TRUST, INC., | : | **ORDER OF SUBSITUTION OF PLAINTIFF** |
| Defendant. | : | |

Plaintiff Griffin Capital Company, LLC having filed a motion to substitute Griffin Capital Essential Asset Operating Partnership, L.P. as plaintiff (Dkt. 28); and Defendant Essential Properties Realty Trust, Inc. having no objection to the motion to substitute; and for good cause shown:

**IT IS** on this 13th day of March, 2019

**ORDERED** that Griffin Capital Essential Asset Operating Partnership, L.P. is hereby substituted as the Plaintiff in the above-captioned action in place of Griffin Capital Company, LLC.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.