# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRIFFIN CAPITAL ESSENTIAL ASSET OPERATING PARTNERSHIP, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ESSENTIAL PROPERTIES REALTY TRUST, INC., <br><br> Defendant. | Civil Action No. <br> 3:19-~~0031~~ (BRM) (TJB) <br> 931 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Griffin Capital Essential Asset Operating Partnership, L.P. and Defendant and Counterclaim Plaintiff Essential Properties Realty Trust, Inc. (together, the "Parties") hereby stipulate to dismissal with prejudice of the above-captioned action, and all related claims and counterclaims, including the Counterclaim for Cancellation filed on or about November 2, 2018. The Parties further stipulate to the Court's retention of jurisdiction to enforce the confidential settlement agreement between the Parties. The Parties further stipulate that each will bear its own costs, expenses, and attorneys' fees.

IN WITNESS THEREOF, the undersigned have caused this Stipulation for Dismissal with Prejudice to be executed.

Dated: December 9, 2019

By: s/ David S. Sager
    David S. Sager
    **DLA PIPER LLP**
    51 John F. Kennedy Parkway
    Suite 120
    Short Hills, NJ 07078
    Tel: 973-520-2570
    Fax: 973-215-2604
    David.Sager@dlapiper.com

    Mark S. VanderBroek (*pro hac vice*)
    Kelly L. Whitehart (*pro hac vice*)
    **NELSON, MULLINS, RILEY & SCARBOROUGH LLP**
    Atlantic Station
    201 17th Street, NW Suite 1700
    Atlanta, GA 30363
    Tel: (404) 322-6000
    Fax: (404) 322-6050
    mark.vanderbroek@nelsonmullins.com
    kelly.whitehart@nelsonmullins.com

*Attorneys for Plaintiff/Counterclaim Defendant Griffin Capital Essential Asset Operating Partnership, L.P.*

By: s/ J. Brugh Lower
    Peter J. Torcicollo
    J. Brugh Lower
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102
    Tel: 973-596-4500
    Fax: 973-596-0545
    ptorcicollo@gibbonslaw.com
    jlower@gibbonslaw.com

    Rollin A. Ransom (*pro hac vice*)
    Lauren M. De Lilly (*pro hac vice*)
    **SIDLEY AUSTIN LLP**
    555 West Fifth Street, Suite 4000
    Los Angeles, CA 90013
    Tel: (213) 896-6000
    Fax: (213) 896-6600
    rransom@sidley.com
    ldelilly@sidley.com

*Attorneys for Defendant/Counterclaim Plaintiff Essential Properties Realty Trust, Inc.*

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____
Hon. Brian R. Martinotti, U.S.D.J.